IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hall, Kimberly D | Case Number:  04 B 06099 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/5/08 | Filed:  2/18/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 18, 2008
Confirmed: April 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 23,853.49 | |
| Secured: | | 2,483.64 |
| Unsecured: | | 17,131.02 |
| Priority: | | 0.00 |
| Administrative: | | 2,300.00 |
| Trustee Fee: | | 1,182.29 |
| Other Funds: | | 756.54 |
| Totals: | 23,853.49 | 23,853.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,300.00 | 2,300.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Home Loan | Secured | 10,898.05 | 2,483.64 |
| 4. | Illinois Student Assistance Commission | Unsecured | 5,011.91 | 8,237.82 |
| 5. | Universal Lenders Inc | Unsecured | 187.54 | 308.24 |
| 6. | Resurgent Capital Services | Unsecured | 53.57 | 88.05 |
| 7. | United States Dept Of Education | Unsecured | 2,798.29 | 4,599.41 |
| 8. | Peoples Energy Corp | Unsecured | 173.66 | 105.49 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 111.10 | 182.61 |
| 10. | Nationwide Acceptance Corp | Unsecured | 129.69 | 213.16 |
| 11. | Resurgent Capital Services | Unsecured | 1,882.37 | 3,093.95 |
| 12. | Emerge | Unsecured | 183.91 | 302.29 |
| 13. | Direct Loan Servicer | Unsecured | | No Claim Filed |
| 14. | Citibank NA Student Loan | Unsecured | | No Claim Filed |
| 15. | Household Credit Services | Unsecured | | No Claim Filed |
| 16. | Murphy Martin Recovery | Unsecured | | No Claim Filed |
| 17. | Orchard Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,730.09 | $ 21,914.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 79.43 |
| 4% | 86.44 |
| 6.5% | 274.09 |
| 3% | 52.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hall, Kimberly D

Printed:  8/5/08

Case Number:  04 B 06099
Judge:  Wedoff, Eugene R
Filed:  2/18/04

|       |        |
|-------|--------|
| 5.5%  | 265.48 |
| 5%    |  88.62 |
| 4.8%  | 158.97 |
| 5.4%  | 176.40 |
|       | _____ |
|       | $ 1,182.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____